IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



| | |
|---|---|
| **LARRY DEAN PRESLEY** | **PLAINTIFF** |
| v. | CIVIL ACTION NO. 1:14cv130-MTP |
| **DAVID SANDERS,** **ELAINE LEGE, AND** **RICKY WOODS** | **DEFENDANTS** |

### FINAL JUDGMENT

This cause having come before the Court on the Motions for Summary Judgment [92][94] submitted by the parties and a decision having been duly rendered by separate Opinion and Order [105],

IT IS ORDERED AND ADJUDGED:

That this action is DISMISSED with prejudice.

This, the 10th day of November, 2016.

_____
Michael T. Parker
United States Magistrate Judge